UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund, et al.,

Petitioners,

-against-

JC Elite Construction Services LLC,

Respondent.

26-CV-6366 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On July 27, 2026, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **August 18, 2026**. Respondent's opposition, if any, is due on **September 8, 2026**. Petitioners' reply, if any, is due **September 15, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **August 18, 2026**, and shall file an affidavit of such service with the court no later than **August 19, 2026**.

SO ORDERED.

Dated: July 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge