UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund, et al.,

Petitioners,

-against-

JC Elite Construction Services LLC,

Respondent.

26-CV-6366 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 18, 2026, petitioners filed a letter stating that they were "unable to serve Respondent at its last known business address." Dkt. 7. The letter noted that "if Respondent does not appear to be in operation, Petitioners will withdraw its action without prejudice or file supplement papers if Respondent is in operation." *Id.* On October 2, 2026, petitioners filed a memorandum of law in support of their petition to confirm arbitration. Dkt. 11. Respondent, however, still has not appeared. Accordingly, petitioners are hereby ORDERED to file a letter on or before October 9, 2026, apprising the Court of (a) whether they wish to continue the action and (b) respondent's status.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge